# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NAMICHA LACEY

NO. 2026 KW 0169

**MAY 18, 2026**

---

In Re:  Namicha Lacey, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-07-0502.

---

**BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to test DNA evidence, the district court's ruling, the State's response, if any, the commissioner's report, the bill of information, the relevant criminal court minutes, and any other portions of the district court record that might support the claims raised in the motion. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before July 20, 2026. Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT